UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TORRICK WILLIAMS, )<br>)<br>Defendant. )<br>) | Case No: 5:20-MJ-000016 JLT<br><br>**ORDER APPOINTING COUNSEL** |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Alekxia Torres is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to July 23, 2020. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: __July 26, 2020__          __/s/ Jennifer L. Thurston__
                                                    UNITED STATES MAGISTRATE JUDGE